# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS (SPRINGFIELD)

IN RE:

JASON L MILLIGAN

DEBTOR,

Case No. 23-70352

Chapter 7

Judge Mary P. Gorman

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Lakeview Loan Servicing, LLC (hereinafter "Movant"), by and through its attorneys, CODILIS & ASSOCIATES, P.C.**,** and moves this Honorable Court for an Order granting relief from the automatic stay of this proceeding and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334;

2. The Debtor is indebted to this Movant for which the movant claims a valid security interest in the property commonly known as 510 North Shumway Street, Taylorville, Illinois 62568;

3. This security interest arose from a Note and Mortgage, executed on 12/11/2015, in the amount of $85,000.00;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 4/28/2023;

5. This Movant is entitled to relief from the automatic stay under 11 U.S.C. 362(d) for the following reasons:
    a. The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;
    b. As of 05/02/2023, the Debtor is contractually due for the 4/1/2020 payment and all amounts coming due since that date. Any payments received after

    this date may not be reflected in this default;

 c. As of 05/02/2023, the estimated default through and including 5/1/2023 is $29,337.38, which includes attorney fees and costs in the amount of $1,138.00. Any payments received after this date may not be reflected in this default;

 d. As of 05/02/2023, the estimated payoff amount is $104,169.20. The estimated fair market value of the property is $84,000.00, per Debtor's Schedules. That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

 e. The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value: $84,000.00

Less Lien Payoff and Cost of Sale:
 Estimated Payoff: $104,169.20
 Payoff of Other Liens: $0.00
 Broker's Commission (6% of FMV): $5,040.00
 Other Closing Costs (estimated): $2,000.00

Net Proceeds of Sale: ($27,209.20)
(assuming no capital gains need to be paid)

6. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

  $950.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

  $188.00 for Court filing fee

7. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

8. Attached are redacted copies of any documents that support the motion for relief, such as promissory notes, purchase order, invoices, itemized statements of running accounts,

contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

**WHEREFORE,** LAKEVIEW LOAN SERVICING, LLC its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) granting relief from the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated May 10, 2023.

Respectfully Submitted,

By: /s/ Peter Bastianen

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-23-03350

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS (SPRINGFIELD)

IN RE:

JASON L MILLIGAN

DEBTOR,

Case No. 23-70352

Chapter 7

Judge Mary P. Gorman

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that I served a copy of the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 10, 2023 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 10, 2023.

James R Inghram, Interim Trustee, 510 Maine St., Ste. 806, Quincy, IL 62301 by electronic notice through ECF
Jason L Milligan, Debtor, 510 North Shumway Street, Taylorville, IL 62568
John L GreenLeaf, Jr, Attorney for Debtor, 2456 North Main Street, Decatur, IL 62526 by electronic notice through ECF
Office of U.S. Trustee, 401 Main St., #1100, Peoria, IL 61602 by electronic notice through ECF


  /s/ Peter Bastianen
   Attorney for Creditor

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-23-03350

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS (SPRINGFIELD)**

| | |
|---|---|
| IN RE:<br><br>JASON L MILLIGAN<br><br>DEBTOR, | Chapter 7<br><br>Case No. 23-70352 |

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by LAKEVIEW LOAN SERVICING, LLC on May 10, 2023:

- Note / Mortgage or relevant excerpts.

- Assignments, if applicable.

           /s/ Peter Bastianen
           Rachael A. Stokas ARDC#6276349
           Peter C. Bastianen ARDC#6244346
           Joel P. Fonferko ARDC#6276490
           Berton J. Maley ARDC#6209399
           MaryAnn G. Black #59899MO
           CODILIS & ASSOCIATES, P.C.
           15W030 North Frontage Road, Suite 100
           Burr Ridge, IL 60527
           (630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of all exhibits listed below, were transmitted via electronic filing and provided electronically by the Bankruptcy Court to the Trustee and Debtor's attorney on May 10, 2023 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 10, 2023.

    James R Inghram, Interim Trustee, 510 Maine St., Ste. 806, Quincy, IL 62301 by electronic notice through ECF
    Jason L Milligan, Debtor, 510 North Shumway Street, Taylorville, IL 62568
    John L GreenLeaf, Jr, Attorney for Debtor, 2456 North Main Street, Decatur, IL 62526 by electronic notice through ECF
    Office of U.S. Trustee, 401 Main St., #1100, Peoria, IL 61602 by electronic notice through ECF

           /s/ Peter Bastianen

NOTE: This law firm is a debt collector.